# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | : | CIVIL ACTION NO. 4:15-CV-2281 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOE subscriber assigned IP Address 71.58.216.197,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 10th day of February, 2016, upon consideration of the motion (Doc. 10) of defendant John Doe ("John Doe"), seeking to vacate the court's order (Doc. 8) authorizing plaintiff Malibu Media, LLC ("Malibu"), to serve a third-party subpoena on Comcast Cable ("Comcast"), and to quash the third-party subpoena thereafter served upon Comcast, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. John Doe's motion (Doc. 10) to quash is DENIED in its entirety.

2. John Doe shall be permitted to proceed in the above-captioned matter by the John Doe pseudonym until the court orders otherwise.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania