

**Exhibit E**