

**Exhibit F**