IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,** : | CIVIL ACTION NO. 4:15-CV-2281 |
| : | |
|     **Plaintiff and Counterclaim** : | **(Chief Judge Conner)** |
|     **Defendant,** : | |
| : | |
|    **v.** : | |
| : | |
| **JOHN DOE subscriber assigned IP** : | |
| **Address 71.58.216.197,** : | |
| : | |
|     **Defendant, Counterclaim** : | |
|     **Plaintiff, and Third-Party** : | |
|     **Plaintiff,** : | |
| : | |
|    **v.** : | |
| : | |
| **CHRISTOPHER FIORE, BRIGHAM** : | |
| **FIELD, and COLETTE PELISSIER-** : | |
| **FIELD,** : | |
| : | |
|     **Third-Party Defendants** : | |

## ORDER

AND NOW, this 25th day of October, 2016, upon consideration of the motions (Docs. 41, 43) by defendant John Doe to disqualify Christopher Fiore, Esquire ("Attorney Fiore"), as counsel to plaintiff and counterclaim defendant Malibu Media, LLC ("Malibu"), and third-party defendant Colette Pelissier Field ("Pelissier Field"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. John Doe's motions (Docs. 41, 43) are GRANTED to the extent that Attorney Fiore is disqualified as counsel to Malibu and Pelissier Field in the above-captioned action.

2. Malibu and Pelissier Field shall have a period of thirty (30) days to obtain successor counsel or, in the case of Pelissier Field, to elect to proceed *pro se*.

3. The pretrial and trial deadlines set forth in the court's case management order (Doc. 20) shall remain suspended while Malibu and Pelissier Field seek successor counsel.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania