## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>DOE Subscriber Assigned IP Address 71.58.216.197,<br><br>            Defendant. | CASE NO. 4:15-cv-2281 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that A. Jordan Rushie, Esq. of Rushie Law PLLC will make his appearance in this action on behalf of Malibu Media, LLC and Colette Pelissier-Field, and that all future pleadings, papers, notices, and communications should be directed to the attorney at the following information:

A. Jordan Rushie
Rushie Law PLLC
1010 N. Hancock Street
Philadelphia, PA 19123
P. 215-268-3978
F. 215.505-0909
jrushie@rushielaw.com

1

By: /s/ *A. Jordan Rushie*
Rushie Law PLLC
PA Attorney Id: 209066

Because of the Thanksgiving holiday, Mr. Rushie respectfully requests an extra day to formally enter his appearance with the Court.

                              **Respectfully submitted,**
                              **FIORE & BARBER, LLC**

                              **/s/ *Christopher P. Fiore***
                              **Christopher P. Fiore, Esquire**
                              **418 Main Street, Suite 100**
                              **Harleysville, PA 19438**
                              **Tel: (215) 256-0205**
                              **Fax: (215) 256-9205**
                              **E-mail: cfiore@fiorebarber.com**
                              ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By: */s/ Christopher P. Fiore*