# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOE Subscriber Assigned IP Address 71.58.216.197,<br><br>　　　　Defendant. | CASE NO. 4:15-cv-2281 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that A. Jordan Rushie, Esq. of Rushie Law PLLC makes his appearance in this action on behalf of Malibu Media, LLC, and Colette Pelissier-Field and that all future pleadings, papers, notices, and communications should be directed to the undersigned attorney.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By: /s/ *A. Jordan Rushie*
　　　　　　　　　　　　　　　Rushie Law PLLC
　　　　　　　　　　　　　　　PA Attorney Id: 209066
　　　　　　　　　　　　　　　1010 N. Hancock Street
　　　　　　　　　　　　　　　Philadelphia, PA 19123
　　　　　　　　　　　　　　　P. 215-268-3978
　　　　　　　　　　　　　　　F. 215.505-0909
　　　　　　　　　　　　　　　jrushie@rushielaw.com

*Attorneys for Plaintiff/Counter-Defendant Malibu Media, LLC and Third-Party Defendant Colette Pelissier-Field*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ A. Jordan Rushie*