Case Number: 4:15-cv-02281-CCC Document Number: 62 User: KI Printed: 11/16/2016 10:49:26 AM

Colette Pelissier Field
409 W. Olympic Blvd., Suite 501
Los Angeles, CA 90015

