

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
HARRISBURG, PA

DEC 05 2016

Per:

Malibu Media, LLC
409 W. Olympic Boulevard
Suite 501
Los Angeles, CA 90015

neopost
11/16/2016
US POSTAGE $000.46⁵

FIRST-CLASS MAIL
ZIP 17108
041L11252595

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC:                   *0219-00471-16-44

Case Number: 4:15-cv-02281-CCC Document Number: 62 User: KI Printed: 11/16/2016 10:49:13
AM

Malibu Media, LLC
409 W. Olympic Boulevard
Suite 501
Los Angeles,CA 90015