IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | : | CIVIL ACTION NO. 4:15-CV-2281 |
| | : | |
| Plaintiff and Counterclaim Defendant, | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOE subscriber assigned IP Address 71.58.216.197,** | : | |
| | : | |
| Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CHRISTOPHER FIORE, BRIGHAM FIELD, and COLETTE PELISSIER-FIELD,** | : | |
| | : | |
| Third-Party Defendants | : | |

# ORDER

AND NOW, this 13th day of December, 2016, upon consideration of the court's order (Doc. 45) dated August 25, 2016, suspending the briefing schedule for two pending motions (Docs. 36, 40) to dismiss, filed respectively by Malibu Media, LLC ("Malibu") and Colette Pelissier-Field ("Pelissier-Field"), until disposition of defendant, counterclaim plaintiff, and third-party plaintiff John Doe's then-pending motions (Docs. 41, 43) to disqualify Christopher Fiore, Esquire ("Attorney Fiore"), as counsel to both Malibu and Pelissier-Field, and further upon consideration of the court's memorandum (Doc. 52) and order (Doc. 53), determining that conflicts of

interest preclude Attorney Fiore from representing any party but himself *sub judice*, and it appearing that successor counsel has entered an appearance on behalf of Malibu and Pelissier-Field, (see Doc. 64), it is hereby ORDERED that:

1. Pelissier-Field shall file a brief in support of her motion (Doc. 40) to dismiss on or before **Tuesday, December 27, 2016**.

2. Defendant, counterclaim plaintiff, and third-party plaintiff John Doe shall file a brief in opposition to Malibu's motion (Doc. 36) and to Pelissier-Field's motion (Doc. 40) on or before **Tuesday, January 10, 2017**.

3. Malibu and Pelissier-Field may file reply briefs in further support of their respective motions (Docs. 36, 40) on or before **Tuesday, January 24, 2017**.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania