

Exhibit B





