

Chloe Loves Carl

Exhibit D