

Case Number: 4:15-cv-02281-CCC Document Number: 80 User: KI Printed: 1/10/2017 2:53:55 PM

Colette Pelissier Field
409 W. Olympic Blvd., Suite 501
Los Angeles, CA 90015