IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,** : | CIVIL ACTION NO. 4:15-CV-2281 |
| : | |
| Plaintiff and Counterclaim : | (Chief Judge Conner) |
| Defendant, : | |
| : | |
| v. : | |
| : | |
| **JOHN DOE subscriber assigned IP** : | |
| **Address 71.58.216.197,** : | |
| : | |
| Defendant, Counterclaim : | |
| Plaintiff, and Third-Party : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **CHRISTOPHER FIORE, BRIGHAM** : | |
| **FIELD, and COLETTE PELISSIER-** : | |
| **FIELD,** : | |
| : | |
| Third-Party Defendants : | |

## ORDER

AND NOW, this 3rd day of March, 2017, upon consideration of the motions (Docs. 36, 40, 69) to dismiss filed by counterclaim defendant Malibu Media, LLC ("Malibu"), and third-party defendants Collette Pelissier-Field ("Pelissier-Field") and Christopher Fiore, Esquire ("Attorney Fiore"), seeking dismissal *in extenso* of defendant John Doe's counterclaims and third party complaint, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motions (Docs. 36, 40, 69) to dismiss by Malibu, Pelissier-Field, and Attorney Fiore are GRANTED.

2. John Doe's counterclaims (Doc. 33) and third-party complaint (Doc. 34) are DISMISSED with prejudice.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania