# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | : | CIVIL ACTION NO. 4:15-CV-2281 |
|       **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
|       v. | : | |
| | : | |
| **JOHN DOE**, subscriber assigned IP | : | |
| Address 71.58.216.197, | : | |
|       **Defendant and** | : | |
|       **Third-Party Plaintiff,** | : | |
| | : | |
|       v. | : | |
| | : | |
| **BRIGHAM FIELD,** | : | |
|       **Third-Party** | : | |
|       **Defendant** | : | |

## ORDER

AND NOW, this 6th day of March, 2017, upon consideration of the court's recent ruling (Doc. 96) concerning the parties' motions to dismiss, it is hereby ORDERED that the following revised pretrial and trial schedule shall apply to this case:

| | |
|---|---|
| Jury Selection & Trial | January 8, 2018 at 9:30 a.m. |
| Fact Discovery Deadline | July 7, 2017 |
| Dispositive Motions & Supporting Briefs | August 7, 2017 |
| Motions in Limine | November 6, 2017 |
| Final Pretrial Conference | December 19, 2017 at 10:30 a.m. |
| Pretrial Memoranda | December 12, 2017 by 12:00 p.m. |
| Affirmative Expert Report(s) | August 7, 2017 |
| Responsive Expert Report(s) | September 7, 2017 |
| Supplemental/Reply Expert Report(s) | September 22, 2017 |
| Proposed Voir Dire Question | December 19, 2017 |
| Proposed Jury Instructions | December 19, 2017 |

All other instructions and guidelines set forth in the court's original case management order (Doc. 20), dated March 17, 2016, shall remain in full force and effect except as modified herein.

/S/ CHRISTOPHER C. CONNER  
Christopher C. Conner, Chief Judge  
United States District Court  
Middle District of Pennsylvania