# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | : | CIVIL ACTION NO. 4:15-CV-2281 |
| **Plaintiff** | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| **JOHN DOE subscriber assigned IP** | : | |
| **Address 71.58.216.197,** | : | |
| **Defendant** | : | |

## AGREED ORDER FOR DISMISSAL WITH PREJUDICE CONDITIONED ON COURT RETAINING JURISDICTION TO ENFORCE THE TERMS OF THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT

This Court, having read the Parties' Joint Motion for Dismissal with Prejudice Conditioned on Court Retaining Jurisdiction to Enforce the Terms of the Parties' Confidential Settlement Agreement, and being duly advised in the premises, makes the following determination:

1. The Parties agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction pursuant to a Confidential Settlement Agreement (the "Agreement") dated December 17, 2018.

2. The parties request the Court to retain jurisdiction to enforce the terms of the Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

IT IS THEREFORE ORDERED:

1. The parties shall comply with the terms of their Agreement entered into on December 17, 2018, the terms of which Agreement are incorporated by reference as if fully set forth herein.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing all terms of the Agreement.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

4. The Clerk of Court is directed to make this matter CLOSED.

IT IS SO ORDERED this 24th day of January, 2019.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania